# JOSEPH P. CAPONE



**ATTORNEY AT LAW**
Member of Pennsylvania and New Jersey Bars
2332 South Broad Street
Philadelphia, PA 19145

| | |
|---|---|
| Cell: (215) 300-9045 | Michele Magazzu, Paralegal |
| Tel:  (215) 557-0070 | www.caponelawyers.com |
| Fax: (267) 535-2743 Direct | joseph@caponelawyers.com |

May 31, 2023

The Honorable Jeffrey L. Schmehl
5613 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106

**Re:  United States vs. Michael Neill**
**Indictment No.  19-64-04**

Dear Judge Schmehl,

  After consultation, once again with my client as well as a discussion with the Assistant United States Attorney's office, I am respectfully requesting that we postpone the sentencing in this matter until such time as the case in chief is resolved or until such time as the Court is inclined to hear the matter at the appropriate time. It appears that the December, 2023 dates given to similarly situated defendants are within the range contemplated by the Court. That is equally acceptable to us.  There is no objection from the US Attorney's office.

  Thank you for your consideration of this correspondence and its content.

           Respectfully yours,

           /s/ *JOSEPH P. CAPONE*

          JOSEPH P. CAPONE

JPC/mm
cc: All Counsel of Record
   United States Attorney's office
   Michael Neill